**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Donald Carlos Seoane,

Plaintiff,

v.

Donald Trump, et al.,

Defendants.

Case No. 2:26-cv-02579-JAD-DJA

**Order**

Plaintiff has filed initiating documents with the Court. (ECF No. 1). However, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis* (which means proceeding without paying the filing fee). Although Plaintiff initiated this action by filing documents, Plaintiff must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff a copy of this order and the approved form application to proceed *in forma pauperis* for an inmate as well as its instructions.[1]

**IT IS FURTHER ORDERED** that on or before **September 19, 2026,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55

[1] This can be found online at https://www.nvd.uscourts.gov/court-information/forms/, under Code IFP titled "IFP Application Inmate."

administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **September 19, 2026**, the Court will recommend dismissal of this action.

DATED: August 20, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE